# United States Bankruptcy Court
# Central District Of California

| In re:<br>Dario Casuga Lopez | CHAPTER NO.: 13 |
| --- | --- |
| | CASE NO.: 6:10–bk–20634–PC |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases required by Local Rule 1015–2.
☒ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002–1(g)]
☒ Summary of Schedules (Form B6). [Local Rule 1002–1(g)]
☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b); Local Rule 1002–1(g)]
☒ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
☒ Statistical Summary of Certain Liabilities
☒ Debtor's Certification of Employment Income
X  Electronic filing Declaration
X  Declaration re Schedules

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

  Chapter 13    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

  3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: April 11, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Martha Young**
 **Deputy Clerk**

mccdn – Revised 12/2009                                                                                                                6 – 1 / MYO