B6A (Official Form 6A) (12/07)

In re __Dario Casuga Lopez__　　　　　　　　　　　　　　　　Case No. __6:10-bk-20634-PC__
　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| SFR- 5BD-4BA property is in foreclosure but would like to work something out<br><br>36850 Gemina Avenue<br>Murrieta, Ca 92563 | Fee Simple | H | 299,000 | Exceeds Value |
| SFR- 4BD-2BA investment property is Current<br><br>696 Valencia Parkway<br>San Diego, Ca 92114 | Fee Simple | H | 250,000 | Exceeds Value |
| | | Total ▶ | 549,000 | |

(Report also on Summary of Schedules.)

In re __Dario Casuga Lopez__                                  Case No. __6:10-bk-20634-PC__
             Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | cash<br>wallet | H | 200 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking acct<br>Navy Federal Credit Union<br>P.O. Box 3500<br>Merrifield, VA 22119-3500 | H | 300 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Kitchen appliances: stove ,refrig<br>residence | C | 1,000 |
| | | Livingroom:sofa,tables,chairs,<br>residence | C | 1,200 |
| | | Bedroom:Beds,dresser,tables<br>residence | C | 1,600 |
| | | dinignroom: table, chairs<br>residence | C | 500 |
| | | lawn furniture<br>residence | C | 50 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33039

In re **Dario Casuga Lopez**    Case No. **6:10-bk-20634-PC**
   Debtor    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, other collectables<br>resience | C | 1,700 |
| 6. Wearing apparel. | | clothing<br>residence | H | 400 |
| 7. Furs and jewelry. | | personal jewelry<br>residence | H | 400 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401k<br>Nationwide Retirement Solutions<br>1 Nationwide Plaza PW-04<br>Columbus, OH 43215 | H | 1,700 |
| | | Mutual funds<br>Nationwide Retirement Solutions<br>1 Nationwide Plaza PW-04<br>columbus, OH 43215 | H | 3,000 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 33039

In re __Dario Casuga Lopez__  
                  Debtor

Case No. __6:10-bk-20634-PC__  
              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Toyota Tundra 28k mi residence | H | 15,000 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33039

In re  Dario Casuga Lopez  
      Debtor

Case No. 6:10-bk-20634-PC  
(If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | computers<br>residence | C | 500 |
| | | TV, stereo equip<br>residence | C | 1,100 |
| | | instruments, misc household goods<br>residence | C | 1,500 |
| | | carpentry tools, rec equip, misc personal possesions<br>residence | J | 200 |

      0  continuation sheets attached    Total  $  30,350

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc, ver 4.5.4-749 - 33039

In re   Dario Casuga Lopez
                     Debtor

Case No.   6:10-bk-20634-PC
                  (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| SFR- 5BD-4BA property is in foreclosure but would like to work something out | C.C.P. 703.140(b)(5) | 0 | 299,000 |
| SFR- 4BD-2BA investment property is Current | C.C.P. 703.140(b)(5) | 0 | 250,000 |
| cash | C.C.P. 703.140(b)(5) | 200 | 200 |
| checking acct | C.C.P. 703.140(b)(5) | 300 | 300 |
| 2006 Toyota Tundra28kmi | C.C.P. 703.140(b)(2) | 0 | 15,000 |
| Kitchen appliances: stove ,refrig | C.C.P. 703.140(b)(3) | 1,000 | 1,000 |
| Livingroom:sofa,tables,chairs, | C.C.P. 703.140(b)(3) | 1,200 | 1,200 |
| Bedroom:Beds,dresser,tables | C.C.P. 703.140(b)(3) | 1,600 | 1,600 |
| dinignroom: table, chairs | C.C.P. 703.140(b)(3) | 500 | 500 |
| lawn furniture | C.C.P. 703.140(b)(3) | 50 | 50 |
| computers | C.C.P. 703.140(b)(5) | 500 | 500 |
| TV,stereo equip | C.C.P. 703.140(b)(3) | 1,100 | 1,100 |
| instruments,misc household goods | C.C.P. 703.140(b)(3) | 1,500 | 1,500 |
| Books,other collectables | C.C.P. 703.140(b)(6) | 1,700 | 1,700 |
| personal jewelry | C.C.P. 703.140(b)(4) | 400 | 400 |
| Mutual funds | C.C.P. 703.140(b)(5) | 3,000 | 3,000 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33039

B6C (Official Form 6C) (04/10) -- Cont.

In re  Dario Casuga Lopez  
    Debtor

Case No.  6:10-bk-20634-PC  
    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| carpentry tools, rec equip, misc personal possesions | C.C.P. 703.140(b)(5) | 200 | 200 |
|  | Total exemptions claimed: | 13,250 |  |

B6D (Official Form 6D) (12/07)

In re __Dario Casuga Lopez__,    Case No 6:10-bk-20634-PC
　　　　　Debtor　　　　　　　　　　　　　　　　(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　　State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
　　　　List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."
　　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)
　　　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 121265870<br>Bank fo America<br>P.O. Box 10219<br>Van Nuys, CA 91410-0219 | | | Incurred: 11-2005<br>Lien: Deed of Trust<br>Security: 36850 Gemina Av Murrieta<br>In foreclosure<br><br>VALUE $ 299,000 | | | | 483,100 | 184,100 |
| ACCOUNT NO. 49810616<br>One West Bank<br>P.O. Box 80025<br>City of Industry, Ca 91716-8025 | | | Incurred: 8-1990<br>Lien: Deed of Trust<br>Security: 696 Valencia Parkway San Diego<br>Investment property- Current<br><br>VALUE $ 250,000 | | | | 436,667 | 186,667 |
| ACCOUNT NO. xxxxxx<br>Toyota Financial Services<br>P.O.Box 60114<br>City of Industry, Ca 91716-0114 | | | Incurred: 12-2006<br>Lien: PMSI<br>to be reafirmed -to keep vehicle-Current<br><br>VALUE $ 15,000 | | | | 17,889 | 2,889 |

__0__ continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal ▶　$ 937,656　$ 373,656
　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)
　　　　　　　　　　　　　　　　　　　　　　　　　　　Total ▶　$ 937,656　$ 373,656
　　　　　　　　　　　　　　　　　　　　　　　　(Use only on last page)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Report also on　(If applicable, report
　　　　　　　　　　　　　　　　　　　　　　　　　　　Summary of Schedules) also on Statistical
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Summary of Certain
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Liabilities and Related
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Data.)

B6E (Official Form 6E) (04/10)

In re  Dario Casuga Lopez                                                 Case No.  6:10-bk-20634-PC
           Debtor                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[✓] Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ] **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ] **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ] **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ] **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2010 ©1991-2010, New Hope Software, Inc, ver 4.5.4-749 - 33039

B6E (Official Form 6E) (04/10) - Cont.

In re  Dario Casuga Lopez
           Debtor
,

Case No. 6:10-bk-20634-PC
            (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_0_ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  Dario Casuga Lopez                    ,                Case No.  6:10-bk-20634-PC
         Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  406095596930<br>Navy Federal Credit Union<br>820 Follin Lane SE<br>Vienna, VA 32180 | | H | Incurred: 4-1990<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 14,092 |
| ACCOUNT NO.  6035320008027763<br>The Home Depot<br>P.O. Box 182676<br>Columbus, Oh 43218 | | H | Consideration: Credit Card Debt<br>(Unsecured)<br>payments current | | | | 392 |
| ACCOUNT NO.  4465420176438471<br>Wells Fargo Card Service<br>P.O. Box 5445<br>Portland, OR 97228 | | H | Incurred: 10-2007<br>Consideration: Credit Card Debt<br>(Unsecured) | | | | 4,685 |
| ACCOUNT NO. | | | | | | | |

_____ continuation sheets attached    0

Subtotal ➤  $  19,169

Total ➤  $  19,169

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. ver. 4.5.4-749 - 33039

B6G (Official Form 6G) (12/07)

In re  Dario Casuga Lopez  
_____Debtor_____  

Case No. 6:10-bk-20634-PC  
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33039

B6H (Official Form 6H) (12/07)

In re  Dario Casuga Lopez                                    Case No.    6:10-bk-20634-PC
              **Debtor**                                                           *(if known)*

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 33039

B6I (Official Form 6I) (12/07)

In re __Dario Casuga Lopez_____    Case __6:10-bk-20634-PC__
     Debtor                                          (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son, daughter | AGE(S): 19, 17 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Det. Proc Tech | Janitorial service |
| Name of Employer | San Diego County Govt | Coverall North America |
| How long employed | 10-2008 | 4 yr 2 month |
| Address of Employer | 325 S Melrose Drive | 5201 Congress Ave #275 |
| | Vista, CA 92081 | Boca Raton, FL 33487 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 3,325 | $ 1,052 |
| 2. Estimated monthly overtime | $ 0 | $ 0 |
| 3. SUBTOTAL | $ 3,325 | $ 1,052 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 387 | $ 0 |
| b. Insurance | $ 383 | $ 0 |
| c. Union Dues | $ 47 | $ 0 |
| d. Other (Specify: (D)retirement (S)Janitorial bond/ins/mgmtfee ) | $ 270 | $ 266 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,087 | $ 266 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,238 | $ 786 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0 | $ 0 |
| 8. Income from real property | $ 0 | $ 0 |
| 9. Interest and dividends | $ 0 | $ 0 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0 | $ 0 |
| 11. Social security or other government assistance ( Specify) _____ | $ 0 | $ 0 |
| 12. Pension or retirement income | $ 1,071 | $ 0 |
| 13. Other monthly income (Specify) _____ | $ 0 | $ 0 |
| | $ 0 | $ 0 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,071 | $ 0 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 3,309 | $ 786 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | $ 4,095 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    None

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.4-749 - 33039

In re Dario Casuga Lopez  
　　　　Debtor

Case No. 6:10-bk-20634-PC  
　　　　(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)　　　　　　　　　　$　　　0
　　a. Are real estate taxes included?　　Yes_____　No __✓__
　　b. Is property insurance included?　　Yes_____　No __✓__
2. Utilities: a. Electricity and heating fuel　　　　　　　　　　　　　　　　　　　　　　$　　　123
　　b. Water and sewer　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　120
　　c. Telephone　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　220
　　d. Other trash/cable　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　59
3. Home maintenance (repairs and upkeep)　　　　　　　　　　　　　　　　　　　　　　$　　　50
4. Food　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　250
5. Clothing　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　300
6. Laundry and dry cleaning　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　100
7. Medical and dental expenses　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　50
8. Transportation (not including car payments)　　　　　　　　　　　　　　　　　　　　$　　　700
9. Recreation, clubs and entertainment, newspapers, magazines, etc.　　　　　　　　　　$　　　0
10. Charitable contributions　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　0
11. Insurance (not deducted from wages or included in home mortgage payments)
　　a. Homeowner's or renter's　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　84
　　b. Life　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　440
　　c. Health　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　172
　　d. Auto　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　324
　　e. Other_____　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　0
12. Taxes (not deducted from wages or included in home mortgage payments)
　(Specify)_____　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　0
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
　　a. Auto　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　564
　　b. Other_____　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　0
　　c. Other_____　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　0
14. Alimony, maintenance, and support paid to others　　　　　　　　　　　　　　　　　$　　　0
15. Payments for support of additional dependents not living at your home　　　　　　　$　　　0
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)　$　　　0
17. Other_____　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$　　　0
18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)　　$　　3,556

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
　　None

20. STATEMENT OF MONTHLY NET INCOME
　　a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $786. See Schedule I)　$　　4,095
　　b. Average monthly expenses from Line 18 above　　　　　　　　　　　　　　　　　　$　　3,556
　　c. Monthly net income (a. minus b.)　　　(Net includes Debtor/Spouse combined Amounts)　$　　539