February 2006                                                                                       2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re  Dario Casuga Lopez | CHAPTER: 13 |
| Debtor(s). | CASE NO.: 6:10-bk-20634 |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I, __Dario Casuga Lopez_____, the debtor in this case, declare under penalty
    (Print Name of Debtor)

of perjury under the laws of the United States of America that:

☒   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, _____, the debtor in this case, declare under penalty of
    (Print Name of Joint Debtor, if any)

perjury under the laws of the United States of America that:

☐   I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
    (NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)

☐   I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐   I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date  __4-19-10_____        Signature _____
                                                              Debtor

Date  _____        Signature _____
                                                              Joint Debtor (if any)