# United States Bankruptcy Court
## Central District of California
### Riverside
### Judge Peter Carroll, Presiding
### Courtroom 304 Calendar

**Wednesday, June 2, 2010**                                             **Hearing Room 304**

---

**1:31 pm**

**6:10-20634**    Dario Casuga Lopez                                         **Chapter 13**

**#8.00**            Hrg. on Confirmation of Chapter 13 Plan

                     EH_____

                                    Docket #:

              *** VACATED ***    REASON: Case dismissed 5/18/10 - jc

**Matter Notes:**
  - NONE LISTED -

**Courtroom Deputy:**
  - NONE LISTED -

**Tentative Ruling:**
  - NONE LISTED -

### Party Information

Debtor(s):
  Dario Casuga Lopez                              Represented By
                                                  George Holland

Trustee(s):
  Rod (PC) Danielson